1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 10cv2472-JLS(NLS) |
|---|---|---|
| Plaintiff, | ) | JUDGMENT OF FORFEITURE |
| v. | ) | |
| $14,244.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. The parties have entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendant, $14,244.00 in U.S. Currency, ("defendant currency").

2. The parties have agreed to a settlement which is hereinafter described in its particulars:

    a. $8,244.00 of the defendant currency shall be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. $6,000.00 of the defendant currency shall be returned to Claimant Gary Lee Freeman, either directly or through his attorney of record, David M. Michael.

//

| | |
|---|---|
| 1 | 3. The terms of this settlement do not affect the tax obligations, fines, penalties, or any |
| 2 | other monetary obligations the claimant owes to the United States. |
| 3 | 4. The person or persons who made the seizure or the prosecutor shall not be liable |
| 4 | to suit or judgment on account of such seizure in accordance with Title 28, United States Code, |
| 5 | Section 2465.  Claimant has agreed that by entering into this joint motion, he has not "substantially |
| 6 | prevailed" within the meaning of 28 U.S.C. § 2465.  All parties shall bear their own costs and |
| 7 | expenses, including attorney fees.  Judgment shall be entered in favor of the United States on |
| 8 | its complaint. |
| 9 | 5. Claimant has warranted and represented as a material fact that he is the sole owner |
| 10 | of the defendant currency and has further warranted that no other person or entity has any right, |
| 11 | claim or interest in the defendant currency, and that he will defend and indemnify the United States |
| 12 | against any and all claims made against it on account of the seizure and forfeiture of the |
| 13 | defendant currency. |
| 14 | 6. The Claimant, his agents, employees, or assigns, shall hold and save harmless the |
| 15 | United States of America, its agents and employees, from any and all claims which might result |
| 16 | from the seizure of the defendant currency. |
| 17 | This case is hereby ordered closed.  Let judgment be entered accordingly. |
| 18 | |
| 19 | DATED: March 11, 2011 |
| 20 | *Janis L. Sammartino*<br>Honorable Janis L. Sammartino<br>United States District Judge |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |